IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| X-MOBILE TECHNOLOGIES LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SONY CORPORATION,<br><br>　　Defendant. | CIVIL ACTION NO. 4:17-cv-701<br><br>ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT<br><br>**JURY TRIAL DEMANDED** |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff X-Mobile Technologies LLC ("X-Mobile") files this original complaint against Sony Corporation ("Defendant" or "Sony"), alleging, based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows:

**PARTIES**

1. X-Mobile is a limited liability company formed under the laws of the State of Texas.

2. Defendant Sony Corporation is a Japanese corporation with its corporate headquarters located at 1-7-1 Konan, Minatoku, Tokyo, 108-0075, Japan.

**JURISDICTION AND VENUE**

3. This is an action for infringement of United States patents arising under 35 U.S.C. §§ 271, 281, and 284–85, among others. This Court has subject matter jurisdiction of the action under 28 U.S.C. §1331 and §1338(a).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1400(b). Sony is a foreign corporation and may be sued in this judicial district. Venue is further proper because, upon

information and belief, Sony has committed acts of infringement in this judicial district, and/or has purposely transacted business involving the accused products in this judicial district.

5. Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendant's substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this district.

## COUNT I

## DIRECT INFRINGEMENT OF U.S. PATENT NO. 6,690,351

6. On February 10, 2004, United States Patent No. 6,690,351 ("the '351 Patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Computer Display Optimizer."

7. X-Mobile is the owner of the '351 Patent, with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '351 Patent against infringers, and to collect damages for all relevant times.

8. Defendant made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems including its Xperia smartphone and Xperia Tablet families of products (the "accused products"):



(Source: https://www.sonymobile.com/us/products/phones/xperia-xa1/specifications/)



(Source : https://www.sonymobile.com/us/products/tablets/xperia-z4-tablet/specifications/)

9. By doing so, Defendant has directly infringed (literally and/or under the doctrine of equivalents) at least Claim 1 of the '351 Patent. Defendant's infringement in this regard is ongoing.

10. Sony has infringed the '351 Patent by making, having made, using, importing, providing, supplying, distributing, selling or offering for sale hands free user or operator

3

supported mobile computer systems having hands free, activating means, a processor and a display means, with the processor in electrical connection to the display means.

11.     The accused products include at least one sensor for optimizing internal settings in said display when said sensor and said display are in communication:

| Sensors | |
|---|---|
| Accelerometer | Yes |
| Ambient light sensor | Yes |
| eCompass | Yes |
| Hall sensor | Yes |
| Proximity sensor | Yes |

(Source: from white paper downloaded at

https://support.sonymobile.com/us/xperiaxa1dual/supportDocumentation/)

Overview

6. Proximity/Light sensor

(Source: from user manual downloaded at

https://support.sonymobile.com/us/xperiaxa1dual/supportDocumentation/)

| Sensors | |
|---|---|
| Accelerometer | Yes |
| Ambient light sensor | Yes |
| Hall sensor | Yes |
| Magnetometer | Yes |
| Gyroscope | Yes |

(Source : from white paper downloaded at

https://support.sonymobile.com/us/xperiaz4tablet/supportDocumentation/)



3. Light sensor

(Source : from user manual downloaded at

https://support.sonymobile.com/us/xperiaz4tablet/supportDocumentation/)

      12.      The accused products include means in the computer to receive information from the sensor and to transmit it to a data processing means.

      13.      The accused products include means to translate the data into computer commands to effect control and alteration of the computer system to coincide with any changes resulting from input of the sensor:

**Screen settings**

**To Adjust the Screen Brightness Manually Regardless of Lighting Conditions**

1. From your Homescreen, tap ⊕.
2. Find and tap **Settings** > **Display** and tap the **Adaptive brightness** slider to disable this function, if it is not already disabled.
3. Tap **Brightness level**.
4. Drag the slider to adjust the brightness.

💡 Lowering the brightness level helps the battery last longer.

(Source: from user manual downloaded at

https://support.sonymobile.com/us/xperiaxa1dual/supportDocumentation/)

**Screen settings**

To Adjust the Screen Brightness Manually Regardless of Lighting Conditions

1. From your Homescreen, tap ⊕ .
2. Find and tap **Settings** > **Display** and tap the **Adaptive brightness** slider to disable this function, if it is not already disabled.
3. Tap **Brightness level**.
4. Drag the slider to adjust the brightness.

💡 Lowering the brightness level helps the battery last longer.

(Source : from user manual downloaded at

https://support.sonymobile.com/us/xperiaz4tablet/supportDocumentation/)

14. The accused products include that the sensor is enabled to at least measure conditions and optimize internal settings based upon environmental conditions and the type of the display means and reflectivity characteristics of a physical glass and coatings of the display means.

15. On information and belief, Sony has had knowledge of the '351 Patent at least as of December 23, 2004 when it was cited by the examiner during the prosecution of U.S. Patent No. 7,009,659, titled "System and Method for Establishing TV Settings," which is assigned to Sony Corporation.

16. X-Mobile has been damaged as a result of the infringing conduct by Defendant alleged above. Thus, Defendant is liable to X-Mobile in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

17. X-Mobile and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law for infringement of the '351 Patent.

## **COUNT II**

## **DIRECT INFRINGEMENT OF U.S. PATENT NO. 6,262,889**

18. On July 17, 2001, United States Patent No. 6,262,889 ("the '889 Patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Insulated Mobile Computer."

19. X-Mobile is the owner of the '889 Patent, with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '889 Patent against infringers, and to collect damages for all relevant times.

20. Defendant made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems including its Xperia smartphone and Xperia Tablet families of products (the "accused products"):



(Source: https://www.sonymobile.com/us/products/phones/xperia-xa1/specifications/)



(Source : https://www.sonymobile.com/us/products/tablets/xperia-z4-tablet/specifications/)

21. By doing so, Defendant has directly infringed (literally and/or under the doctrine of equivalents) at least Claim 1 of the '889 Patent. Defendant's infringement in this regard is ongoing.

22. Sony has infringed the '889 Patent by making, having made, using, importing, providing, supplying, distributing, selling or offering for sale user supported, hands-free activation computer systems having a computer housing and a display means, the computer housing consisting of all of the components of a conventional computer and having located therein a battery to supply power to the system.

23. The accused products include hands-free activation:



(Source: https://www.sonymobile.com/us/products/phones/xperia-xa1/specifications/)



(Source : https://www.sonymobile.com/us/products/tablets/xperia-z4-tablet/specifications/)

8

24. The accused products include the computer housing having a section that will be adjacent the user when in use and supported by the user.

25. The accused products include that the section is constructed of a heat insulating material and forming thereby an internal insulating wall.

26. The accused products include the battery comprising an insulating cover which is located in said housing immediately adjacent the internal insulating wall to provide thereby double insulation for any heat generated by the system within the computer housing at a location closest to the user when in use:



(Source: https://www.youtube.com/watch?v=M9KvNPFQ3bo)



(Source: https://www.youtube.com/watch?v=M9KvNPFQ3bo)



(Source: https://www.youtube.com/watch?v=M9KvNPFQ3bo)



(Source: https://www.youtube.com/watch?v=g7KhxC0ZnMY)



(Source: https://www.youtube.com/watch?v=g7KhxC0ZnMY)

27. Sony has had knowledge of the '889 Patent at least as of the date when it was notified of the filing of this action.

28. X-Mobile has been damaged as a result of the infringing conduct by Defendant alleged above. Thus, Defendant is liable to X-Mobile in an amount that adequately compensates

it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

29. X-Mobile and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law for infringement of the '889 Patent.

## COUNT III

### DIRECT INFRINGEMENT OF U.S. PATENT NO. 6,958,905

30. On October 25, 2005, United States Patent No. 6,958,905 ("the '905 Patent") was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Mobile Body-Supported Computer with Battery."

31. X-Mobile is the owner of the '905 Patent, with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '905 Patent against infringers, and to collect damages for all relevant times.

32. Defendant made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or systems including its Smart Watch family of products (the "accused products"):



(Source: http://www.sonymobile.com/us/products/smartwear/smartwatch-3-swr50/specifications/#tabs)

33. By doing so, Defendant has directly infringed (literally and/or under the doctrine of equivalents) at least Claim 14 of the '905 Patent. Defendant's infringement in this regard is ongoing.

34. Sony has infringed the '905 Patent by making, having made, using, importing, providing, supplying, distributing, selling or offering for sale mobile body supported computers.

35. The accused products include a computer housing including substantially all components of a conventional computer, with a first surface near a user's body, and a second surface located opposite to the first surface.

36. The accused products include a heat insulating member positioned on at least one of the first surface or the second surface:



(Source: https://www.sonymobile.com/us/products/smart-products/smartwatch-3-swr50/specifications/)

37. The accused products include an integral battery with casing, the casing being partially constructed of a thermally non-conducting material:

13



(Source: https://www.youtube.com/watch?v=x_pWhnyhefE)



(Source: https://www.youtube.com/watch?v=x_pWhnyhefE)

38. The accused products include means for activating the computer hands-free:

Controls

- Voice, touch, and gesture input
- Microphone
- On/off/wake-up key

(Source: http://www.sonymobile.com/us/products/smartwear/smartwatch-3-swr50/specifications/#tabs)

39. The accused products include means for supporting the computer housing by a user.

40. Sony has had knowledge of the '905 Patent at least as of the date when it was notified of the filing of this action.

41. X-Mobile has been damaged as a result of the infringing conduct by Defendant alleged above. Thus, Defendant is liable to X-Mobile in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

42. X-Mobile and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law for infringement of the '905 Patent.

## ADDITIONAL ALLEGATIONS REGARDING INDIRECT INFRINGEMENT

43. Defendant has also indirectly infringed the '351, '889, and '905 Patents by inducing others to directly infringe the '351, '889, and '905 Patents. Defendant has induced the end-users, Defendant's customers, to directly infringe (literally and/or under the doctrine of equivalents) the '351, '889, and '905 Patents by using the accused products. Defendant took active steps, directly and/or through contractual relationships with others, with the specific intent to cause them to use the accused products in a manner that infringes one or more claims of the patents-in-suit, including, for example, claim 1 of the '351 Patent, claim 1 of the '889 Patent, and claim 14 of the '905 Patent. Such steps by Defendant included, among other things, advising or directing customers and end-users to use the accused products in an infringing manner;

advertising and promoting the use of the accused products in an infringing manner; and/or distributing instructions that guide users to use the accused products in an infringing manner. Defendant performed these steps, which constitute induced infringement, with the knowledge of the '351, '889, and '905 Patents and with the knowledge that the induced acts would constitute infringement. Defendant was and is aware that the normal and customary use of the accused products by Defendant's customers would infringe the '351, '889, and '905 Patents. Defendant's inducement is ongoing.

44. Defendant has also indirectly infringed by contributing to the infringement of the '351, '889, and '905 Patents. Defendant has contributed to the direct infringement of the '351, '889, and '905 Patents by the end-user of the accused products. The accused products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe the '351, '889, and '905 Patents, including, for example, claim 1 of the '351 Patent, claim 1 of the '889 Patent, and claim 14 of the '905 Patent. The special features also include automatic brightness settings to be used in a manner that infringes the '351 Patent. The special features also include voice activation features used in a manner that infringes the '889 Patent and in a manner that infringes the '905 Patent. The special features constitute a material part of the invention of one or more of the claims of the '351, '889, and '905 Patents and are not staple articles of commerce suitable for substantial non-infringing use. Defendant's contributory infringement is ongoing.

45. Defendant also has knowledge of the '351, '889, and '905 Patents at least as of the date when it was notified of the filing of this action. Also, as noted above, Defendant has had knowledge of the '351 Patent at least as of December 23, 2004.

46. Defendant's direct and indirect infringement of the '351, '889, and '905 Patents is, has been, and continues to be willful, intentional, deliberate, and/or in conscious disregard of X-Mobile's rights under the patent.

47. X-Mobile has been damaged as a result of the infringing conduct by defendant alleged above. Thus, Defendant is liable to X-Mobile in an amount that adequately compensates it for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

X-Mobile hereby requests a trial by jury on all issues so triable by right.

## PRAYER FOR RELIEF

X-Mobile requests that the Court find in its favor and against Defendant, and that the Court grant X-Mobile the following relief:

a. Judgment that one or more claims of the '351, '889, & '905 Patents have been infringed, either literally and/or under the doctrine of equivalents, by Defendant and/or all others acting in concert therewith;

b. A permanent injunction enjoining Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in concert therewith from infringement of the '351, '889, & '905 Patents;

c. Judgment that Defendant accounts for and pays to X-Mobile all damages to and costs incurred by X-Mobile because of Defendant's infringing activities and other conduct complained of herein;

d. That X-Mobile be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein;

e.      That this Court declare this an exceptional case and award X-Mobile its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285; and

f.      That X-Mobile be granted such other and further relief as the Court may deem just and proper under the circumstances.


Dated: October 2, 2017                    Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for X-Mobile LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of October 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              /s/ *Zachariah S. Harrington*
                                              Zachariah S. Harrington