IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| X-MOBILE TECHNOLOGIES LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SONY CORPORATION, SONY MOBILE COMMUNICATIONS AB, SONY ELECTRONICS INC., SONY INTERACTIVE ENTERTAINMENT AMERICA LLC, and SONY INTERACTIVE ENTERTAINMENT INC.,<br><br>   Defendants. | CIVIL ACTION NO. 4:17-cv-701<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF SONY

In light of the stipulation and joint motion to dismiss pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure filed by Plaintiff X-Mobile Technologies ("X-Mobile") and Defendants Sony Corporation, Sony Mobile Communications AB, Sony Electronics Inc., Sony Interactive Entertainment America LLC, and Sony Interactive Entertainment Inc. (collectively "Sony"), it is hereby ORDERED that all claims made by X-Mobile against Sony are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

    All relief not previously granted is hereby denied.

    The Clerk is directed to close this civil action.

    IT IS SO ORDERED.
    SIGNED this 1st day of May, 2018.

*[signature]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE